IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**JEREMY LEE HENRY**  **PLAINTIFF**
**#307**

v.     Case No. 4:25-cv-01003-LPR-ERE

**WATKINS, et al.**  **DEFENDANTS**

## ORDER

The Court has received the Partial Recommended Disposition (PRD) submitted by United States Magistrate Judge Edie R. Ervin (Doc. 8). No objections have been filed, and the time for doing so has expired. After a *de novo* review of the PRD, along with careful consideration of the entire case record, the Court hereby approves and adopts the PRD as its findings and conclusions in all respects.

Accordingly, IT IS THEREFORE ORDERED that:

1. Plaintiff's claims against Defendants Chris Watkins and James Harrison are DISMISSED without prejudice for failure to state a plausible constitutional claim for relief.

2. Plaintiff's official capacity claims are DISMISSED without prejudice for failure to state a plausible constitutional claim for relief.

3. The Clerk is directed to TERMINATE Chris Watkins and James Harrison as parties to this action.

4. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order would not be taken in good faith.

DATED this 16th day of December 2025.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE