## IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

**JEREMY LEE HENRY**                                                    **PLAINTIFF**
**#307**

**v.**                              **No. 4:25-cv-01003-LPR**

**JAMES ANTHONY CARTER**                                           **DEFENDANT**

### ORDER

The Court has reviewed the Recommended Disposition (RD) submitted by United States Magistrate Judge Edie R. Ervin (Doc. 16).  No objections have been filed, and the time to do so has expired.  After a *de novo* review of the RD, along with careful consideration of the entire case record, the Court hereby approves and adopts the RD in its entirety as this Court's findings and conclusions in all respects.[1]

Accordingly, Defendant Carter's Motion to Dismiss (Doc. 12) is GRANTED.  Plaintiff's claims are DISMISSED without prejudice for failure to state a claim upon which relief may be granted.  The Clerk is directed to close this case.  The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order or the accompanying Judgment would not be taken in good faith.

IT IS SO ORDERED this 8th day of June 2026.

LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE

---

[1] The Court also agrees with (and adopts) the arguments made in Section II of Defendant Carter's Motion to Dismiss brief.  *See* Doc. 13 at 3–6.